

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-18-00581-CR

Justin **LUNA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9367
Honorable Joey Contreras, Judge Presiding

# O R D E R

Appellant's brief was due December 14, 2018.  Neither the brief nor a motion for extension of time was filed.  On December 18, 2018, this court sent appellant a written notice advising counsel that the brief was past due.  *See* Tex. R. App. P. 38.8.  On December 28, 2018, appellant filed his first motion for extension of time.  In that motion, appellant states he is requesting "30 days" to complete the brief, but then prays that this court grant him "an additional ten days from today's date" to file the brief.  After review, we interpret appellant's request as one for thirty additional days from the original due date.  Accordingly, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court **on or before January 14, 2019**.  *See* Tex. R. App. P. 4.1(a).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court